AO 91 (Rev. 12/93) Criminal Complaint

## In United States District Court
### For the District of Delaware

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Complaint |
| v. | |
| | CASE NUMBER: 07-75 M |
| OMAR ANDREW BROWN, Defendant | |

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about April 20, 2007 in the District of Delaware, Defendant OMAR ANDREW BROWN did knowingly possess in and affecting interstate commerce, a firearm, after having been convicted of a felony crime punishable by imprisonment for a term exceeding one year,

in violation of Title ___18___ United States Code, Section(s) _922(g)(1) and 924(a)(2)._

I further state that I am a(n) __Special Agent, ATF__ and that this complaint is based
                                         Official Title

on the following facts:

See attached Affidavit

Continued on the attached sheet and made a part hereof:   Yes

_/s/ Diane M. Iardella_
Diane Iardella
Special Agent, ATF

Sworn to before me and subscribed in my presence,

| | | |
|---|---|---|
| April 20, 2007 | a | Wilmington, DE |
| Date | | City and State |

| | |
|---|---|
| Honorable Mary Pat Thynge | |
| United States Magistrate Judge | _/s/ Mary Pat Thynge_ |
| Name & Title of Judicial Officer | Signature of Judicial Officer |

## AFFIDAVIT OF SPECIAL AGENT DIANE M. IARDELLA

1. Your affiant is Special Agent Diane M. Iardella. Your affiant has been a law enforcement officer for over 18 years with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF). As part of my duties, responsibilities and training, and in the course of my investigative experience, I have become familiar with the statutes, rules and regulations, policies and procedures, relating to the Bureau of Alcohol, Tobacco, Firearms and Explosives, including but not limited to the possession of firearms by persons prohibited, and other laws enforced by the Bureau of Alcohol, Tobacco, Firearms and Explosives. I am a graduate of the Federal Law Enforcement Training Center, Glynco, GA, Criminal Investigation Course and the Bureau of Alcohol, Tobacco and Firearms New Agent Training Course. I have been involved in the investigation of approximately 200 cases involving firearms violations. I have participated in the seizures of approximately 800 firearms and the seizures of approximately 20,000 rounds of ammunition. I have previously qualified as an expert witness regarding the identification, origin and classification of firearms in the U.S. District Court for the District of Delaware.

2. Unless otherwise stated, the information in this affidavit is based upon your affiant's personal knowledge.

3. The seizure of all the below stated evidence occurred on April 20, 2007, in the City of Wilmington, State and District of Delaware, as stated to me by one or more Wilmington Police Officers with personal knowledge of the seizure of the below items.

4. Your affiant reviewed the computer criminal history information for the Defendant Omar Andrew Brown from the Delaware Justice Information System (DELJIS) and learned that the defendant has a prior felony conviction for Possession With Intent to Deliver a Narcotic Schedule II Controlled Substance from on or about 1/11/06 in the Superior Court of the State of Delaware, a crime punishable by imprisonment for a term exceeding one year.

5. As stated to me by one or more Wilmington Police Officers with personal knowledge of the above facts, I learned the following. On 4/20/07, at approximately 0230 hours Wilmington Police received a call regarding a robbery that had just happened in a certain location in the City of Wilmington, DE. The victim was interviewed by Wilmington Police. The victim stated that he had been gambling with an individual he knew as "Omar" earlier in the night. He stated that he and "Omar" had some problems but everything seemed to be cool. "Omar" left but returned some time later and pulled a silver snub nosed revolver with wood handles and stated to the victim "strip naked and give me all your fucking money". The victim complied and stripped down to his boxers and gave "Omar" $200.00 USC, and a black Boost mobile stand up phone. "Omar" then pistol whipped the victim on the crown of his head and caused a laceration. The victim ran southbound on a nearby street and heard one gunshot fired at him. The victim described "Omar" as a black male, approximately 19 years old, approximately 5'9", wearing a black in color jacket with red and gold embroidery throughout and Scarface on the back, jeans

and a black skully. Wilmington Police interviewed a witness with ties to the victim and that witness identified "Omar" as Omar Brown. Another witness from the area stated that they saw "Omar" take off in a grey Nissan Maxima driving like a madman. Wilmington Police put a description of "Omar" and the vehicle over the radio.

6. At approximately 0300 hours, Wilmington Police responded to a hit and run incident involving a grey Nissan Maxima at approximately three blocks north and five blocks west from the robbery that occurred earlier. Wilmington Police conducted an area search and located defendant Omar Brown in the area of Mccaulley Court. Brown matched the description provided by the victim of the robbery to include the defendant wearing the earlier described jacket. Wilmington Police conducted an area search from the scene of the crash to the location of Brown and found a Taurus .38 caliber revolver with four live rounds and one spent casing in the cylinder under a vehicle. The firearm was a silver snub nosed revolver with wooden handles. Wilmington Police recovered the keys to the Nissan Maxima in the grass in front of a residence. Both items were found in separate locations approximately 1/2 block from each other. The seizure of the defendant, the gun and the keys were within a one block radius. Wilmington Police brought the victim to the scene and shone a light on the defendant. The victim positively identified defendant Omar Brown as the person who robbed and pistol whipped him earlier. The victim stated "that's him". Wilmington Police asked the victim if he was positive that was the individual who robbed him and the victim stated "that's definitely him."

7. Wilmington Police attempted to interview the registered owner of the vehicle, a 2001 grey Nissan Maxima but he was unavailable. Wilmington Police interviewed the owner's mother and learned that she knows Omar Brown from the neighborhood and that approximately 10:30 pm on 4/19/07 he was in front of her house with a couple of guys. The keys had been left in the vehicle and Omar Brown asked her if he could hear the new stereo system in the vehicle. She agreed. She went to bed and then realized later that Omar Brown had left with the vehicle. According to the Wilmington Police the location of the unauthorized use of the owner of the vehicle is approximately three blocks from the robbery and three blocks south of the crash.

8. From training and experience, your affiant knows that the above - mentioned firearm is a firearm as defined in 18 USC, Chapter 44, Section 921(a)(3) and was manufactured in a state other than Delaware such that its possession in Delaware would have necessarily required that the firearm had crossed state lines prior to its possession in Delaware and such that the possession of that firearm in Delaware affected interstate and/or foreign commerce.

9. From information provided to me by one or more Wilmington Police Officers with personal knowledge of the below facts, your affiant learned that the defendant was advised of his Miranda rights by a Wilmington Police Officer and the defendant essentially stated that he denied being involved in any of the above criminal activity.

Wherefore, based upon your affiant's training and experience, your affiant believes that there is probable cause to believe that the defendant violated 18 U.S.C. 922(g) and 924(a)(2) by possessing in and affecting interstate and/or foreign commerce a firearm, after having previously been convicted of a felony crime punishable by imprisonment for a term exceeding one year and respectfully requests that the Court issue a Criminal Complaint charging that offense.

_____
Diane M. Iardella
Special Agent, ATF

Sworn to and subscribed in my presence
this ___ day of _____April_____ 2007

_____
Honorable Mary Pat Thynge
United States Magistrate Judge
District of Delaware