# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07- 56- UNA |
| OMAR A. BROWN, | : |
| Defendant. | : |

REDACTED

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT I

On or about April 20, 2007, in the State and District of Delaware, OMAR A. BROWN, defendant herein, did knowingly possess in and affecting interstate commerce, a firearm, that is, a Taurus revolver, after having been convicted of a felony crime punishable by imprisonment for a term exceeding one year in the Superior Court for the State of Delaware, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### Notice of Forfeiture

Upon conviction of the offense alleged in Count I of this Indictment, defendant shall forfeit to the United States pursuant to 18 U.S.C. Section 924 and 28 U.S.C. Section 2461(c), the firearm and ammunition involved in the commission of the offense, including but not limited to the following:



FILED APR 24 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

1. The Taurus revolver.

2. Four live rounds of ammunition and one spent casing.

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
UNITED STATES ATTORNEY

By: /s/ Martin C. Meltzer        Date: April 24, 2007
Martin C. Meltzer
Special Assistant United States Attorney