UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA, )
)
       Plaintiff, )
)
)  CASE NO. CR07-56-UNA
vs. )
)
OMAR BROWN. )
)
       Defendant. )

### O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on April 24, 2007 requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until July 12, 2007 The time between the date of this order and July 12, 2007 shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

                                                         Honorable Mary Pat Thynge
                                                         U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney



FILED

APR 2 4 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE