# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal Action No. 07-56-GMS |
| Plaintiff, : | |
| v. : | |
| : | |
| OMAR A. BROWN, : | |
| : | |
| Defendant. : | |

### MOTION FOR A SCHEDULING CONFERENCE

The United States, by and through Colm F. Connolly, United States Attorney for the District of Delaware, and Shawn E. Martyniak, Special Assistant United States Attorney for the District of Delaware, hereby moves the Court to set a scheduling conference in the above-captioned case.

On April 24, 2007, the Court ordered the deadline for the defendant to file pretrial motions set at July 12, 2007. As of July 18, 2007, the Plaintiff received no pre-trial motion(s) from the defendant.

WHEREFORE, the United States respectfully asks the Court to set a date for a scheduling conference to schedule a trial in this matter. A proposed form of order is attached for the Court's convenience.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By:___/s/ Shawn Martyniak_____
Shawn E. Martyniak (De. I.D. No. 4433)
Special Assistant United States Attorney
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046

Dated: July 18, 2007.

## CERTIFICATE OF SERVICE

I, Shawn E. Martyniak, hereby certify that on July 18, 2007, I caused the foregoing Motion for a Scheduling Conference to be served on the following counsel by electronic filing:

>Eeleni Kousoulis
>Federal Public Defender's Office
>First Federal Plaza, Suite 110
>704 King Street
>Wilmington, DE 19801
>302-573-6010

/s/ Shawn E. Martyniak
Shawn E. Martyniak (De. I.D. No. 4433)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal Action No. 07-56-GMS |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| OMAR A. BROWN, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

IT IS HEREBY ORDERED this ___ day of _____, 2007, that a scheduling conference in this matter will be held on the _____ day of _____ at _____.m. in Courtroom 4A, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

_____
HONORABLE GREGORY M. SLEET
UNITED STATES DISTRICT JUDGE