IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 07-56 GMS |
| | : |
| OMAR ANDREW BROWN | : |
| | : |

**NOTICE OF RESCHEDULING**

IT IS HEREBY ORDERED that the scheduling conference regarding the above-captioned defendant is rescheduled, in chambers, to **Thursday, July 26, 2007, at 3:00 p.m.** before the Honorable Gregory M. Sleet, Chief United States District Judge, United States Courthouse, 844 N. King Street, Wilmington, DE.

/s/ Gregory M. Sleet
CHIEF UNITED STATES DISTRICT JUDGE

July 23, 2007