IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 07-56-GMS |
| | : | |
| OMAR BROWN, | : | |
| | : | |
| Defendant. | : | |

**<u>MOTION FOR CONTINUANCE OF SENTENCING</u>**

Defendant, Omar Brown, by and through his undersigned counsel, Eleni Kousoulis, hereby moves the Court for an Order continuing the sentencing hearing in this case.

In support of this motion, the defense submits as follows:

1. Mr. Brown is scheduled for sentencing on December 12, 2007 at 10:00 a.m.

2. The Presentence Investigation interview in this case was conducted later than usual following Mr. Brown's change of plea due to defense counsel's unavailability. The U.S. Probation Office, therefore, requires additional time to prepare the initial draft of the Presentence Report (PSR).

3. Defense counsel respectfully requests that Mr. Brown's sentencing be continued to allow the U.S. Probation Office the opportunity to complete its preparation of the PSR. Furthermore, this will allow the parties adequate time to review the initial draft of the PSR and make any objections or corrections to the report, if necessary.

5. Assistant United States Attorney, Shawn Martyniak, counsel for the attorney handling this case for the government, has no objection to the defense's continuance request. Mr. Martyniak's only request is that the sentencing hearing be continued until anytime after January 7, 2008, because

he will be out of the office from December 17, 2007 through January 4, 2008. The defense has no objection to holding the sentencing hearing in this matter after January 7, 2008.

WHEREFORE, Mr. Brown respectfully requests that the Court continue the sentencing hearing in this matter to anytime after January 7, 2008.

Respectfully Submitted,

/s/
Eleni Kousoulis, Esquire
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware 19801
(302) 573-6010
ecf_de@msn.com
Attorney for Defendant Omar Brown

DATED: October 19, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 07-56-GMS |
| | : | |
| OMAR BROWN, | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

In response to Mr. Brown's Motion for Continuance of Sentencing, this Court HEREBY ORDERS on this _____ day of _____, 2007, that Defendant's sentencing hearing is rescheduled for the _____ day of _____, 2008 at _____ a.m./p.m.

_____
The Honorable Gregory M. Sleet
United States District Court