IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA, :
:
      Plaintiff, :
:
v. : Criminal Action No. 07-56-GMS
:
OMAR BROWN, :
:
      Defendant. :

### ORDER

In response to Mr. Brown's Motion for Continuance of Sentencing, this Court HEREBY ORDERS on this 23rd day of Oct., 2007, that Defendant's sentencing hearing is rescheduled for the 9th day of January, 2008 at 11:00 a.m./p.m.

_____
The Honorable Gregory M. Sleet
United States District Court

FILED
OCT 2 4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE